UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>MOGEEB M. HASSAN, et al.,<br><br>    Defendants. | Case No. 19-cv-01871-SK<br><br>**ORDER TO SHOW CAUSE** |

The Clerk entered default against both defendants by July 3, 2019. (Dkt. Nos. 10, 13.) However, Plaintiff has not yet filed a motion for default judgment. Therefore, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause by no later than November 12, 2019. The Court will discharge the Order to Show Cause without any further response from Plaintiff if Plaintiff dismisses his claims or files a motion for default judgment against both defendants by November 12, 2019.

**IT IS SO ORDERED**.

Dated: October 29, 2019

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge