UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>MOGEEB M. HASSAN, et al.,<br><br>    Defendants. | Case No. 19-cv-01871-SK<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 14 |

In light of Plaintiff's filing a motion for default judgment by the deadline, the Court HEREBY DISCHARGES the Order to Show Cause issued on October 29, 2019.

**IT IS SO ORDERED**.

Dated: November 13, 2019

_Sallie Kim_
_____
SALLIE KIM
United States Magistrate Judge