UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>MOGEEB M. HASSAN, et al.,<br><br>    Defendants. | Case No. 19-cv-01871-SK<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |

On February 14, 2020, the Court scheduled a Status Conference to be held at 1:30 p.m. on March 9, 2020. (Dkt. No. 24.) Defendants failed to appear. The Court further notes that Defendants filed an answer *after* default had already been entered against them. Neither Defendant has moved to vacate the entry of default. Unless and until Defendants move, or the parties stipulate, to vacate the entry of default, Defendants may not defend against Plaintiff's claims.

Accordingly, the Court HEREBY issues an ORDER TO SHOW CAUSE ("OSC") why monetary sanctions in the amount of $200 should not be imposed on each Defendant for failure to appear at the Status Conference on March 9, 2020. Defendants shall file a response to this OSC in writing by no later than March 23, 2020.

The Court ADVISES Defendants that a Handbook for Pro Se Litigants, which is available through the Court's website or in the Clerk's office, contains helpful information about proceeding without an attorney. The Court also advises Defendants that they also may wish to seek assistance from the Legal Help Center. Defendants may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal

representation.

Additionally, the Court notes that the deadlines set in the Scheduling Order have all passed. (Dkt. No. 6.) At the status conference, Plaintiff's counsel represented that the parties conducted a site inspection. However, Plaintiff did not request an extension do discuss settlement or an extension to file a Notice of Need for Mediation. Plaintiff has an obligation to diligently prosecute this case.

**IT IS SO ORDERED**.

Dated: March 9, 2020



SALLIE KIM
United States Magistrate Judge