UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>            Plaintiff,<br><br>    v.<br><br>MOGEEB M. HASSAN, et al.,<br><br>            Defendants. | Case No. 19-cv-01871-SK<br><br>**ORDER DISCHARGING SANCTIONS AND FURTHER ORDER TO SHOW CAUSE TO PLAINTIFF** |

Upon review of Plaintiff's response to the Court's Order to Show Cause ("OSC") issued on June 22, 2020, the Court HEREBY DISCHARGES the OSC and sets a deadline of August 10, 2020 to file a motion for default judgment.

**IT IS SO ORDERED**.

Dated: July 15, 2020

_____
SALLIE KIM
United States Magistrate Judge