UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>v.<br><br>MOGEEB M. HASSAN,<br><br>        Defendant. | Case No. 19-cv-01871-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITH PREJUDICE**<br><br>Re: Dkt. No. 62 |

Magistrate Judge Sallie Kim filed a report recommending dismissal of this case for plaintiff's failure to prosecute. Dkt. No. 162. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b).

As the report demonstrates, plaintiff did not move his case forward despite multiple admonishments, orders to show cause, and monetary sanctions issued by the magistrate judge. Defendant has not made an appearance in this action. Consequently, the Court adopts the report and recommendation in full, and exercises its "inherent power" to dismiss the case with prejudice for lack of prosecution. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1996).

**IT IS SO ORDERED.**

Dated: July 27, 2021

JAMES DONATO
United States District Judge